NANNIE J. BARRY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Barry* v. *City of New York,* 141 App. Div. 927, affirmed.
(Argued March 24, 1911; decided April 7, 1911.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover a deficiency in salary alleged to be due plaintiff.

*Archibald R. Watson, Corporation Counsel (Clarence L. Barber* and *Theodore Connoly* of counsel), for appellant.

*George M. Curtis* and *Charles E. Hill* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.